IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 7:19-cv-00048-DC |
| | § | |
| v. | § | JURY |
| | § | |
| **2 G ENERGY SYSTEMS LLC** | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF RLI INSURANCE COMPANY'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff RLI Insurance Company files this Motion for Entry of Default Judgment and would respectfully show as follows.

RLI filed its Complaint for Declaratory Judgment on February 20, 2019 (Doc. 1). Summons was issued and properly served on 2G Energy Systems, LLC, Defendant ("2G Energy") on May 10, 2019. [Doc. 6] On January 2, 2020, an Entry for Default was executed by the Deputy Clerk as to 2G Energy [Doc. 18] for failure to appear in this action, a copy of which is attached hereto as Exhibit "A."

Plaintiff is not seeking an award of damages but is asking the Court to enter a declaratory judgment on behalf of RLI Insurance Company declaring that RLI Policy No. ILM0707648 issued to 2G Energy is *void ab initio* and in any event that 2G Energy's claim for the alleged theft of its lay flat hose is excluded from coverage under the terms of the RLI Policy, and thus, RLI does not owe any payment to 2G Energy.

WHEREFORE, RLI Insurance Company respectfully asks for a finding that there is no just reason to delay entering a declaratory judgment in its favor and that the Court enter the Judgment on behalf of RLI Insurance Company in the form attached hereto as Exhibit "B," and submitted contemporaneously with this Motion. RLI Insurance Company also asks for such other and further relief to which it may be entitled.

Respectfully submitted,

 /s/ Greg K. Winslett
GREG K. WINSLETT
State Bar No. 21781900
gwinslett@qslwm.com
RICHARD L. SMITH, JR.
State Bar No. 18671200
rsmith@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEYS FOR PLAINTIFF**