**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **RLI INSURANCE COMPANY,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | **MO:19-CV-00048-DC** |
| § | |
| **2 G ENERGY SYSTEMS, LLC,** § | |
| *Defendant*. § | |

**FINAL JUDGMENT**

On this day, the Court entered an order granting the Motion for Default Judgment filed by RLI Insurance Company. (Doc. 20). Accordingly, the Court now renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The Court **DECLARES** that RLI Policy No. ILM0707648 issued to 2 G Energy Systems, LLC is *void ab initio* and, in any event, that 2G Energy Systems, LLC's claim for the alleged theft of its lay flat hose is excluded from coverage under the terms of the RLI Policy. Thus, RLI does not owe any payment to 2G Energy.

It is further **ORDERED** that all pending motions, if any, are **DENIED** as moot.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 24th day of July, 2020.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE